## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

F. MIKE LYBRAND                                                                                    PLAINTIFF

VS.                                              NO.  5:10CV00045

UNION PACIFIC RAILROAD COMPANY                                                  DEFENDANT

## ORDER

Pending are Defendant's motion for summary judgment, docket # 14, and Plaintiff's motion to strike expert testimony, docket # 21.  Since these filings, the Court has entered an amended scheduling order re-setting this matter for trial and extending the parties time in which to complete discovery.  The new motions deadline is February 15, 2012.  Because the facts and evidence may be developed further, the Court denies the pending motions, without prejudice to re-file following the completion of discovery.

IT IS SO ORDERED this 28th day of July, 2011.

_____
James M. Moody
United States District Judge