*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

FREDDIE MICHAEL LYBRAND                                                                    PLAINTIFF

vs.                                         CASE NO. 5:10cv00045 JMM

UNION PACIFIC RAILROAD COMPANY                                                DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 1st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE